# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Magdalena Wahlqvist Alveskog and Staffan Ringvall, on behalf of Handelsbanken Fonder AB ("Handelsbanken"), acting on behalf of Handelsbanken Global Index Criteria ("Global Index") and Handelsbanken USA Index Criteria ("USA Index"), hereby certify as to the claims asserted under the federal securities laws, that:

1. We are duly authorized to sign this certification on behalf of Handelsbanken, Global Index, and USA Index. We have reviewed a complaint filed in this matter. Handelsbanken has authorized the filing of this motion for appointment as lead plaintiff.

2. Handelsbanken is the only entity with power and authority to take any action on behalf of Global Index and USA Index, including the power and authority to pursue litigation. Global Index and USA Index are funds organized under Swedish law that have no independent legal identity and do not have the capacity to sue or be sued. Under Swedish law, Handelsbanken, as the management company for Global Index and USA Index, is the only entity authorized and empowered to act on behalf of Global Index and USA Index.

3. Handelsbanken, Global Index, and USA Index did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Handelsbanken is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Handelsbanken fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The transactions in the Wells Fargo & Company securities that are the subject of this action are attached hereto as Schedule A.

6. Handelsbanken has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. Handelsbanken will not accept any payment for serving as a representative party on behalf of the Class beyond Handelsbanken's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of August, 2020.

For Handelsbanken Fonder AB:

_____
Magdalena Wahlqvist Alveskog
Chief Executive Officer

_____
Staffan Ringvall
Head of Legal

## Schedule A

**Handelsbanken Fonder AB Transactions in Wells Fargo & Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **Global Index** | | | |
| Purchase | 5/8/2019 | 345,400 | 47.0000 |
| Purchase | 5/16/2019 | 4,300 | 46.3865 |
| Purchase | 5/21/2019 | 5,900 | 45.7353 |
| Purchase | 6/4/2019 | 9,200 | 45.2754 |
| Purchase | 6/10/2019 | 3,500 | 46.3497 |
| Purchase | 6/11/2019 | 2,800 | 46.1951 |
| Purchase | 6/12/2019 | 3,700 | 45.6719 |
| Purchase | 6/13/2019 | 4,200 | 45.4226 |
| Purchase | 6/14/2019 | 5,100 | 45.0900 |
| Purchase | 6/17/2019 | 3,000 | 45.9240 |
| Purchase | 6/25/2019 | 4,500 | 45.5267 |
| Purchase | 7/29/2019 | 7,800 | 49.3372 |
| Purchase | 7/30/2019 | 1,200 | 48.1088 |
| Purchase | 9/27/2019 | 2,100 | 51.1910 |
| Purchase | 9/30/2019 | 3,900 | 50.3623 |
| Purchase | 10/1/2019 | 1,400 | 50.5493 |
| Purchase | 10/3/2019 | 900 | 48.2800 |
| Purchase | 10/15/2019 | 1,500 | 48.8793 |
| Purchase | 10/16/2019 | 13,400 | 49.9128 |
| Purchase | 1/16/2020 | 500 | 48.5970 |
| **USA Index** | | | |
| Purchase | 3/29/2019 | 356,019 | 48.3200 |
| Purchase | 6/5/2019 | 22,372 | 45.6129 |
| Purchase | 6/7/2019 | 14,530 | 45.8679 |
| Purchase | 6/10/2019 | 6,356 | 46.3436 |
| Purchase | 8/1/2019 | 9,318 | 48.5148 |
| Purchase | 8/9/2019 | 28,523 | 46.2092 |
| Purchase | 8/13/2019 | 28,523 | 46.2369 |
| Purchase | 10/18/2019 | 29,950 | 49.9141 |
| Purchase | 10/24/2019 | 21,749 | 50.9932 |
| Purchase | 1/17/2020 | 38,944 | 48.8841 |
| Purchase | 2/6/2020 | 16,706 | 48.1165 |

## Schedule A

**Handelsbanken Fonder AB Transactions in Wells Fargo & Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 5/7/2019 | (5,143) | 47.1700 |
| Sale | 11/06/2019 | (8,189) | 53.8000 |
| Sale | 12/17/2019 | (36,812) | 54.1153 |
| Sale | 3/9/2020 | (27,734) | 33.5176 |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

The Public Employees' Retirement System of Mississippi ("Mississippi PERS") declares as to the claims asserted under the federal securities laws, that:

1. I, Ta'Shia S. Gordon, Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, am authorized to make legal decisions on behalf of Mississippi PERS with regard to this action.

2. Mississippi PERS did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. Mississippi PERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaints), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaints), Mississippi PERS purchased and/or sold the securities that are the subject of the Complaints as set forth on the attached Schedule A.

5. Mississippi PERS has full power and authority to bring suit to recover for its investment losses.

6. Mississippi PERS has fully reviewed the facts and allegations of the Complaints filed in this action.

7. Mississippi PERS has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. Mississippi PERS intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. Mississippi PERS will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. Mississippi PERS was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *In re Dr. Reddy's Laboratories Limited Securities Litigation*, No. 17-cv-6436 (D.N.J.)

    b. *In re Acuity Brands, Inc. Securities Litigation*, No. 18-cv-2140 (N.D. Ga.)

    c. *Wigginton v. Advance Auto Parts, Inc.*, No. 18-cv-212 (D. Del.)

       d. *In re Wageworks, Inc. Securities Litigation*, No. 18-cv-1523 (N.D. Cal.)

       e. *In re Facebook, Inc. Securities Litigation*, No. 18-cv-1725 (N.D. Cal.)

       f. *In re Nielsen Holdings plc Securities Litigation*, No. 18-cv-7143 (S.D.N.Y.)

       g. *Edwards v. McDermott International*, No. 18-cv-4330 (S.D. Tex.)

       h. *Seeks v. The Boeing Company*, No. 19-cv-2394 (N.D. Ill.)

       i. *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc.*, No. 20-cv-00005 (N.D. Ga.)

       j. *Cambridge Retirement System v. JELD-WEN Holding, Inc.*, No. 20-cv-112 (E.D. Va.)

11. Mississippi PERS also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

       a. *Public Employees' Retirement System of Mississippi v. Sprouts Farmers Market Incorporated*, No. 18-cv-695 (D. Ariz.)

       b. *Cambridge Retirement System v. Mednax, Inc.*, No. 18-cv-61572 (S.D. Fla.)

       c. *Jansen v. International Flavors & Fragrances Inc.*, No. 19-cv-7536 (S.D.N.Y.)

       d. *Public Employees' Retirement System of Mississippi v. Mylan N.V.*, No. 20-cv-955 (W.D. Pa.)

12. Mississippi PERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 13th day of August, 2020.

Public Employees' Retirement System of Mississippi

*/s/ Ta'Shia S. Gordon*

Ta'Shia S. Gordon
Special Assistant Attorney General
Office of the Attorney General of the State of Mississippi

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 2/8/2018 | SELL | (32,712) | 55.4000 |
| 2/8/2018 | SELL | (691) | 55.4062 |
| 2/15/2018 | BUY | 620 | 59.5600 |
| 2/20/2018 | SELL | (33,314) | 59.9500 |
| 3/1/2018 | BUY | 51,350 | 57.3674 |
| 3/13/2018 | BUY | 728 | 57.8251 |
| 3/16/2018 | BUY | 532 | 55.8912 |
| 3/16/2018 | SELL | (2,651) | 55.9080 |
| 4/19/2018 | BUY | 654 | 50.8800 |
| 5/11/2018 | BUY | 55,000 | 54.4675 |
| 5/11/2018 | BUY | 30,895 | 54.4487 |
| 5/14/2018 | BUY | 47,700 | 54.4610 |
| 6/7/2018 | BUY | 559 | 55.6600 |
| 6/15/2018 | BUY | 4,546 | 54.9704 |
| 6/19/2018 | BUY | 1,154 | 55.0589 |
| 6/22/2018 | SELL | (16,477) | 53.9402 |
| 7/17/2018 | BUY | 1,651 | 56.7900 |
| 8/2/2018 | BUY | 698 | 57.6800 |
| 8/10/2018 | SELL | (177) | 58.0500 |
| 9/13/2018 | BUY | 721 | 55.5900 |
| 9/21/2018 | SELL | (1,548) | 54.9900 |
| 9/21/2018 | SELL | (2,282) | 55.0008 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 10/23/2018 | BUY | 571 | 51.2491 |
| 10/23/2018 | SELL | (22,127) | 51.5600 |
| 10/26/2018 | SELL | (434) | 51.2510 |
| 10/30/2018 | SELL | (1,001) | 52.6915 |
| 11/29/2018 | BUY | 697 | 53.9300 |
| 12/11/2018 | BUY | 847 | 48.8300 |
| 12/12/2018 | SELL | (50,400) | 47.7400 |
| 12/18/2018 | BUY | 112,761 | 46.8646 |
| 12/21/2018 | SELL | (2,774) | 45.1200 |
| 12/21/2018 | SELL | (8,374) | 45.1227 |
| 1/2/2019 | BUY | 786 | 46.6800 |
| 2/12/2019 | BUY | 649 | 49.0490 |
| 2/22/2019 | BUY | 6,500 | 49.4050 |
| 2/22/2019 | BUY | 5,000 | 49.4050 |
| 2/22/2019 | BUY | 71,000 | 49.3168 |
| 3/6/2019 | BUY | 17,900 | 50.0743 |
| 3/6/2019 | BUY | 2,500 | 50.0850 |
| 3/6/2019 | BUY | 13,600 | 50.1252 |
| 3/14/2019 | BUY | 24,200 | 50.5739 |
| 3/14/2019 | BUY | 2,100 | 50.2980 |
| 3/14/2019 | BUY | 2,400 | 50.6850 |
| 3/15/2019 | SELL | (12,357) | 50.6618 |
| 3/15/2019 | SELL | (3,788) | 50.6600 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/25/2019 | BUY | 2,300 | 48.1950 |
| 3/25/2019 | BUY | 34,300 | 48.2528 |
| 4/1/2019 | BUY | 70,956 | 48.3945 |
| 4/2/2019 | BUY | 97,500 | 48.3953 |
| 4/8/2019 | BUY | 740 | 48.7800 |
| 4/9/2019 | BUY | 52,600 | 48.4071 |
| 4/15/2019 | BUY | 12,700 | 46.4630 |
| 4/15/2019 | BUY | 24,800 | 46.2637 |
| 4/15/2019 | BUY | 12,600 | 46.2576 |
| 5/14/2019 | BUY | 45,256 | 46.4900 |
| 5/23/2019 | BUY | 15,229 | 45.3686 |
| 5/24/2019 | BUY | 7,598 | 46.0607 |
| 6/21/2019 | SELL | (3,593) | 46.8928 |
| 7/31/2019 | SELL | (943) | 48.4110 |
| 9/20/2019 | SELL | (1,696) | 48.6326 |
| 11/13/2019 | SELL | (50,727) | 53.2900 |
| 12/9/2019 | SELL | (38,109) | 53.9200 |
| 12/20/2019 | SELL | (24,033) | 53.3351 |
| 2/21/2020 | SELL | (24,100) | 47.7000 |
| 3/9/2020 | BUY | 2,391 | 33.5796 |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

The State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("ERSRI") declares as to the claims asserted under the federal securities laws, that:

1. I, Amy L. Crane, General Counsel in the Office of the General Treasurer, am authorized to make legal decisions on behalf of ERSRI with regard to this action.

2. ERSRI did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. ERSRI is willing to serve as a representative party on behalf of the Class (as defined in the Complaints), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaints), ERSRI purchased and/or sold the securities that are the subject of the Complaints as set forth on the attached Schedule A.

5. ERSRI has full power and authority to bring suit to recover for its investment losses.

6. ERSRI has fully reviewed the facts and allegations of the Complaints filed in this action.

7. ERSRI has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. ERSRI intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. ERSRI will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. ERSRI was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *In re Alphabet, Inc. Securities Litigation*, No. 18-cv-6245 (N.D. Cal.)

    b. *In re Apple Inc. Securities Litigation*, No. 19-cv-2033 (N.D. Cal.)

    c. *In re 3M Co. Securities Litigation*, No. 19-cv-15982 (D.N.J.)

    d. *In re HP Inc. Securities Litigation*, No. 20-cv-1260 (N.D. Cal.)

11. ERSRI also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *In re Micron Technology, Inc. Securities Litigation*, No. 19-cv-678 (S.D.N.Y.)

    b. *In re FedEx Corp. Securities Litigation*, No. 19-cv-5990 (S.D.N.Y.)

12. ERSRI will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 14th day of August, 2020.

State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island

_____
Amy L. Crane
General Counsel

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/29/2018 | SELL | (28,327) | 55.7987 |
| 6/29/2018 | SELL | (1,100) | 55.4400 |
| 6/29/2018 | SELL | (300) | 55.4400 |
| 6/29/2018 | SELL | (3,800) | 55.4400 |
| 7/2/2018 | BUY | 894 | 55.7744 |
| 7/2/2018 | BUY | 400 | 56.3200 |
| 7/31/2018 | BUY | 205,100 | 57.2900 |
| 9/28/2018 | BUY | 31,800 | 52.5600 |
| 9/28/2018 | BUY | 3,600 | 52.5600 |
| 9/28/2018 | BUY | 7,300 | 52.5600 |
| 10/16/2018 | SELL | (3,800) | 53.7300 |
| 12/4/2018 | BUY | 200 | 51.9564 |
| 12/4/2018 | BUY | 900 | 51.7800 |
| 12/21/2018 | SELL | (2,800) | 45.1200 |
| 12/21/2018 | SELL | (900) | 45.1200 |
| 12/21/2018 | SELL | (7,700) | 45.1200 |
| 2/26/2019 | BUY | 47 | 50.0051 |
| 2/26/2019 | BUY | 600 | 49.5900 |
| 2/26/2019 | BUY | 400 | 49.5900 |
| 2/26/2019 | BUY | 500 | 49.5900 |
| 3/4/2019 | BUY | 1,700 | 50.1100 |
| 3/15/2019 | SELL | (4,100) | 50.6578 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/4/2019 | BUY | 1,100 | 49.1700 |
| 4/10/2019 | BUY | 500 | 47.7900 |
| 5/10/2019 | BUY | 300 | 47.1500 |
| 5/23/2019 | SELL | (4,600) | 45.5600 |
| 6/28/2019 | SELL | (2,900) | 47.3200 |
| 7/25/2019 | SELL | (3,500) | 48.0900 |
| 9/20/2019 | SELL | (6,100) | 48.6362 |
| 11/12/2019 | SELL | (200) | 54.2200 |
| 12/20/2019 | SELL | (7,700) | 53.3293 |
| 12/26/2019 | SELL | (24) | 54.2179 |
| 12/26/2019 | SELL | (3,200) | 54.1500 |
| 1/28/2020 | SELL | (5,310) | 47.3981 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey McGee, on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Louisiana Sheriffs' transactions in the Wells Fargo & Company securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Louisiana Sheriffs' Pension & Relief Fund v. Intel Corporation*,
    No. 18-cv-1460 (N.D. Cal.)
    *Giugno v. Bristol-Myers Squibb Company*, No. 18-cv-878 (N.D. Cal.)
    *In re Evoqua Water Technologies Corp. Sec. Litig.*, No. 18-cv-10320 (S.D.N.Y.)
    *Cohen v. Luckin Coffee Inc.*, No. 20-cv-1293 (S.D.N.Y.)

6. Louisiana Sheriffs has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

    *Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc.*,
    No. 19-cv-3347 (S.D. Ohio)

7. Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the Class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this 13th day of August, 2020.

Osey McGee
Executive Director
*Louisiana Sheriffs' Pension & Relief Fund*

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Wells Fargo & Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/15/2018 | 4,498 | 57.0193 |
| Purchase | 3/15/2018 | 77 | 56.9551 |
| Purchase | 3/22/2018 | 1,930 | 53.0950 |
| Purchase | 4/2/2018 | 975 | 50.5224 |
| Purchase | 4/13/2018 | 985 | 50.9501 |
| Purchase | 5/16/2018 | 854 | 54.7050 |
| Purchase | 5/16/2018 | 204 | 54.6650 |
| Purchase | 5/16/2018 | 1,823 | 54.6774 |
| Purchase | 9/20/2018 | 1,686 | 55.2250 |
| Purchase | 9/20/2018 | 2,860 | 55.2243 |
| Purchase | 10/3/2018 | 1,771 | 52.6068 |
| Purchase | 10/3/2018 | 304 | 52.5750 |
| Purchase | 10/23/2018 | 1,487 | 50.8757 |
| Purchase | 10/23/2018 | 2,290 | 50.7650 |
| Purchase | 10/24/2018 | 4,516 | 50.2959 |
| Purchase | 2/20/2019 | 2,439 | 49.4377 |
| Purchase | 2/20/2019 | 1,033 | 49.4856 |
| Purchase | 2/20/2019 | 1,426 | 49.5969 |
| Purchase | 2/20/2019 | 3,010 | 49.5993 |
| Purchase | 2/20/2019 | 1,171 | 49.5931 |
| Purchase | 2/20/2019 | 1,519 | 49.4850 |
| Purchase | 2/20/2019 | 1,384 | 49.6133 |
| Purchase | 2/22/2019 | 1,722 | 49.3326 |
| Purchase | 2/22/2019 | 2,162 | 49.4218 |
| Purchase | 2/22/2019 | 1,276 | 49.2597 |
| Purchase | 3/29/2019 | 3,103 | 48.3086 |
| Purchase | 3/29/2019 | 4,146 | 48.2814 |
| Purchase | 3/29/2019 | 5,906 | 48.2536 |
| Purchase | 4/2/2019 | 595 | 48.3750 |
| Purchase | 4/2/2019 | 201 | 48.3400 |
| Purchase | 4/3/2019 | 1,284 | 48.3543 |
| Purchase | 4/10/2019 | 1,420 | 47.6093 |
| Purchase | 4/12/2019 | 2,481 | 46.2250 |
| Purchase | 4/12/2019 | 829 | 46.2350 |
| Purchase | 4/16/2019 | 3,518 | 47.5726 |
| Purchase | 4/17/2019 | 1,002 | 47.3042 |
| Purchase | 4/17/2019 | 1,079 | 47.3463 |
| Purchase | 5/2/2019 | 2,048 | 48.3907 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Wells Fargo & Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/17/2019 | 563 | 45.5858 |
| Purchase | 6/7/2019 | 13,091 | 45.7823 |
| Purchase | 6/10/2019 | 9,988 | 46.5201 |
| Purchase | 11/26/2019 | 2,708 | 53.8050 |
| Purchase | 11/27/2019 | 758 | 54.0550 |
| Purchase | 11/27/2019 | 5,088 | 54.0805 |
| Purchase | 12/2/2019 | 3,304 | 53.8050 |
| Purchase | 12/2/2019 | 2,397 | 53.8249 |
| Purchase | 12/4/2019 | 5,256 | 53.1985 |
| Purchase | 12/4/2019 | 1,210 | 53.1350 |
| Purchase | 12/6/2019 | 2,638 | 54.1620 |
| Purchase | 12/6/2019 | 2,902 | 54.2150 |
| Purchase | 12/17/2019 | 5,131 | 54.1804 |
| Purchase | 12/17/2019 | 1,620 | 54.1450 |
| Purchase | 12/18/2019 | 5,739 | 54.0181 |
| Purchase | 12/18/2019 | 2,461 | 54.0284 |
| Purchase | 12/18/2019 | 3,902 | 54.0109 |
| Purchase | 12/19/2019 | 6,163 | 53.7217 |
| Purchase | 12/19/2019 | 353 | 53.6714 |
| Purchase | 12/23/2019 | 1,114 | 53.6495 |
| Purchase | 12/23/2019 | 1,641 | 53.5822 |
| Purchase | 12/23/2019 | 3,795 | 53.6463 |
| Purchase | 12/23/2019 | 1,097 | 53.5700 |
| Purchase | 12/23/2019 | 4,255 | 53.5646 |
| Purchase | 12/23/2019 | 1,046 | 53.6700 |
| Purchase | 12/30/2019 | 2,707 | 53.8250 |
| Purchase | 12/30/2019 | 1,357 | 53.8553 |
| Purchase | 12/30/2019 | 1,349 | 53.8489 |
| Purchase | 1/2/2020 | 1,909 | 53.7090 |
| Purchase | 1/2/2020 | 1,258 | 53.7160 |
| Purchase | 1/2/2020 | 2,419 | 53.6377 |
| Purchase | 1/2/2020 | 131 | 53.7550 |
| Purchase | 1/2/2020 | 1,209 | 53.7353 |
| Purchase | 1/7/2020 | 1,945 | 52.5850 |
| Purchase | 1/13/2020 | 1,803 | 51.8950 |
| Purchase | 1/14/2020 | 4,306 | 49.9803 |
| Purchase | 1/15/2020 | 740 | 48.4950 |
| Purchase | 1/15/2020 | 2,255 | 48.4737 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Wells Fargo & Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/15/2020 | 1,970 | 48.3166 |
| Purchase | 1/15/2020 | 1,243 | 48.2299 |
| Purchase | 1/15/2020 | 2,068 | 48.3358 |
| Purchase | 1/16/2020 | 1,670 | 48.6193 |
| Purchase | 1/16/2020 | 1,238 | 48.9365 |
| Purchase | 3/9/2020 | 3,852 | 32.6150 |
| Sale | 7/30/2018 | (1,386) | 58.4070 |
| Sale | 6/13/2019 | (7,249) | 45.3255 |
| Sale | 6/13/2019 | (1,092) | 45.6008 |
| Sale | 6/13/2019 | (144) | 45.2650 |
| Sale | 6/13/2019 | (12,961) | 45.1911 |
| Sale | 6/13/2019 | (1,092) | 45.6150 |
| Sale | 6/13/2019 | (10,960) | 45.5643 |
| Sale | 6/17/2019 | (4,293) | 45.9203 |
| Sale | 6/17/2019 | (21,211) | 45.5974 |
| Sale | 7/16/2019 | (5,418) | 45.5149 |
| Sale | 7/16/2019 | (5,947) | 45.5750 |
| Sale | 7/17/2019 | (1,712) | 45.3050 |
| Sale | 7/17/2019 | (6,597) | 45.3030 |
| Sale | 7/17/2019 | (2,283) | 45.2950 |
| Sale | 7/17/2019 | (2,283) | 45.2885 |
| Sale | 9/10/2019 | (618) | 48.3757 |