**BLEICHMAR FONTI & AULD LLP**
Peter E. Borkon (Bar No. 212596)
pborkon@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Plaintiff Steamfitters Local 449
Pension & Retirement Security Funds*



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/1/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, C. ALLEN PARKER, TIMOTHY J. SLOAN, and JOHN R. SHREWSBERRY,<br><br>Defendants. | Case No. 4:20-cv-04674-YGR<br><br>ORDER GRANTING<br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action"), without prejudice, as to all Defendants.  No Defendant has served an answer or motion for summary judgment and no class has been certified in the Action.  Accordingly, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dismissal will not prejudice any party to the Action.  Indeed, this Action asserts substantially similar claims to those asserted in the related securities class action *Perry v. Wells Fargo & Company*, No. 1:20-cv-04494 (S.D.N.Y.) ("*Perry*") which was filed on June 11, 2020 (*Perry*, ECF No. 1), approximately one month before the initiation of this Action on July 13, 2020.  *See* ECF No. 1. Subsequently, on August 14, 2020, five plaintiffs or plaintiff groups (the "Movants") filed motions to be appointed Lead Plaintiff in this Action (*See* ECF Nos. 16, 19, 23, 27, and 33) and on the same day, the same five Movants filed motions to be appointed Lead Plaintiff in *Perry*.  *See Perry*, ECF Nos. 24, 28, 32, 36, and 40.[1]  Because *Perry* will proceed in the Southern District of New York, neither the proposed Class nor the Movants will be prejudiced in anyway by the dismissal of this Action.

| | |
|---|---|
| DATED: August 19, 2020 | Respectfully Submitted,<br><br>**BLEICHMAR FONTI & AULD LLP**<br><br>  */s/ Peter E. Borkon*  <br>Peter E. Borkon (Bar No. 212596)<br>pborkon@bfalaw.com<br>555 12th Street, Suite 1600<br>Oakland, California 94607<br>Telephone: (415) 445-4003<br>Facsimile: (415) 445-4020<br><br>*Counsel for Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds* |

---

[1] The movants are (1) Employees' Retirement System of the State of Rhode Island, Handelsbanken Fonder AB, Louisiana Sheriffs' Pension & Relief Fund, and Mississippi Public Employees' Retirement System; (2) Jess and Saran Roley; (3) City of Birmingham Retirement and Relief System; (4) DeKalb County Employees Retirement Plan; and (5) David Coy.